**Yvonne C. WIGGLESWORTH,**
**Petitioner,**

**v.**

**IMMIGRATION AND**
**NATURALIZATION SERVICE**
**Respondent.**

No. 02–1209.

United States Court of Appeals,
Seventh Circuit.

May 12, 2003.

Before FLAUM, Chief Judge, EASTERBROOK, and RIPPLE, Circuit Judges.

### ORDER

Upon consideration of the Petitioner's petition for rehearing *en banc*, filed on March 31, 2003, no judge in active service has requested a vote thereon and the judges on the original panel have voted to deny the petition. Accordingly,

IT IS ORDERED that the petition for rehearing *en banc* is hereby DENIED.